IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FRANK JULIO VICARY        )
      Petitioner,        )
                                  )
     vs.        ) C.A. No. 05-195 ERIE
                                  )
JAMES VESHECCO        )
      Respondent.        )

## RULE AND ORDER

AND NOW, this 23rd day of June, 2005, after Petitioner presented a petition for a writ of habeas corpus,

IT IS ORDERED that the United States Marshal shall make service of this order, together with a copy of the petition, upon the Respondent, the District Attorney of Erie County, and the Attorney General of the Commonwealth of Pennsylvania.

IT IS FURTHER ORDERED that within twenty days of service of this order, the respondent, and the District Attorney of Erie County, Pennsylvania shall respond to the allegations of the petition for writ of habeas corpus. The District Attorney shall address all of the following 1) the statute of limitations, 28 U.S.C. § 2254(d)(1)-(2);  2) the exhaustion of state court remedies as required by 28 U.S.C. §§ 2254(b) and Picard v. Connor, 404 U.S. 270 (1971); Rose v. Lundy, 455 U.S. 509 (1982); United States ex. rel. Trantino v. Hatrack, 563 F.2d 86 (3d Cir. 1977); Zicarelli v. Gray, 543 F.2d 466 (3d Cir. 1976), with respect to each claim raised by the Petitioner and, if appropriate, whether any of the claims were procedurally defaulted, and 3) the merits of the petition. The answer shall comply with Rule 5 of the Rules Governing Section

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FRANK JULIO VICARY          )
       Petitioner,          )
                            )
       vs.                  ) C.A. No. 05-195 ERIE
                            )
JAMES VESHECCO              )
       Respondent.          )

## RULE AND ORDER

AND NOW, this 23rd day of June, 2005, after Petitioner presented a petition for a writ of habeas corpus,

IT IS ORDERED that the United States Marshal shall make service of this order, together with a copy of the petition, upon the Respondent, the District Attorney of Erie County, and the Attorney General of the Commonwealth of Pennsylvania.

IT IS FURTHER ORDERED that within twenty days of service of this order, the respondent, and the District Attorney of Erie County, Pennsylvania shall respond to the allegations of the petition for writ of habeas corpus. The District Attorney shall address all of the following 1) the statute of limitations, 28 U.S.C. § 2254(d)(1)-(2);  2) the exhaustion of state court remedies as required by 28 U.S.C. §§ 2254(b) and Picard v. Connor, 404 U.S. 270 (1971); Rose v. Lundy, 455 U.S. 509 (1982); United States ex. rel. Trantino v. Hatrack, 563 F.2d 86 (3d Cir. 1977); Zicarelli v. Gray, 543 F.2d 466 (3d Cir. 1976), with respect to each claim raised by the Petitioner and, if appropriate, whether any of the claims were procedurally defaulted, and 3) the merits of the petition. The answer shall comply with Rule 5 of the Rules Governing Section

AO 72
(Rev. 8/82)

## Return Receipt 1

**2. Article Number:** 7160 3901 9842 6648 5249
**3. Service Type:** CERTIFIED MAIL
**4. Restricted Delivery?** (Extra Fee) ☐ Yes

**1. Article Addressed to:**

JAMES VESHECCO, WARDEN
ERIE COUNTY PRISON
1618 ASH STREET
ERIE, PA. 16503

5-195E,O/P,7/14/05,SRB

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): Basil Kumarnun
B. Date of Delivery: 7/16/05
C. Signature: X Basil K____ ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

PS Form 3811, January 2003 — Domestic Return Receipt

---

## Return Receipt 2

**2. Article Number:** 7160 3901 9842 6648 5256
**3. Service Type:** CERTIFIED MAIL
**4. Restricted Delivery?** (Extra Fee) ☐ Yes

**1. Article Addressed to:**

ATTORNEY GENERAL COMMONWEALTH OF PA
564 FORBES AVENUE
6TH FLOOR MANOR BLDG
PITTSBURGH, PA. 15219

5-195E,O/P,7/14/05, SRB

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): Patricia Cleaver
B. Date of Delivery: 7/15/05
C. Signature: X Patricia Cleaver ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

PS Form 3811, January 2003 — Domestic Return Receipt

---

## Return Receipt 3

**2. Article Number:** 7160 3901 9842 6648 5263
**3. Service Type:** CERTIFIED MAIL
**4. Restricted Delivery?** (Extra Fee) ☐ Yes

**1. Article Addressed to:**

ERIE COUNTY DISTRICT ATTORNEY
ERIE COUNTY COURTHOUSE
ERIE, PA. 16501

5-195E,O/P,7/14/05 ,SRB

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): Jennifer L. Bailey
B. Date of Delivery: 18/__/__
C. Signature: X Jennifer L. Bailey ☒ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☒ No

PS Form 3811, January 2003 — Domestic Return Receipt